UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEBRA HOWARD,

    Plaintiff,

v.                                                Case No. 3:17-cv-41-J-39MCR

NCB MANAGEMENT SERVICES, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation to Dismiss with Prejudice (Doc. No.21; Stipulation) filed on April 25, 2017. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 9th day of August, 2017.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

**ap**